IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMOS RYKER GALAVIZ | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 18 U.S.C. §§ 922(g)(1) and 924(a)(8); 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |

COUNT ONE

**Possession of Firearm and Ammunition by a Convicted Felon**

The Grand Jury Charges:

On or about February 13, 2025, in the District of North Dakota,

AMOS RYKER GALAVIZ,

knowing that he had been previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

(1) Possession of a Controlled Substance With Intent to Deliver – Methamphetamine, originally sentenced on or about June 18, 2019, in Williams County (ND) District Court, Case Number 53-2019-cr-00120;

(2) Possession of a Short Barrel Weapon, originally sentenced on or about June 18, 2019, in Williams County (ND) District Court, Case Number 53-2019-cr-00120;

(3) Endangerment of Child, sentenced on or about May 26, 2022, in Williams County (ND) District Court, Case Number 53-2022-cr-00364; and

(4) Fleeing a Peace Officer – Vehicle – 2nd or subsequent offense, sentenced on or about May 26, 2022, in Williams County (ND) District Court, Case Number 53-2022-cr-00019;

did knowingly possess in and affecting commerce firearms, that is:

- One Taurus, Model G2c, 9mm caliber pistol, Serial Number ADH575823; and

- 9mm caliber ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

**Possession with Intent to Distribute Methamphetamine**

The Grand Jury Further Charges:

On or about February 13, 2025, in the District of North Dakota,

AMOS RYKER GALAVIZ

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

**Possession with Intent to Distribute Fentanyl**

The Grand Jury Further Charges:

On or about February 13, 2025, in the District of North Dakota,

## AMOS RYKER GALAVIZ

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

**Distribution of Fentanyl**

The Grand Jury Further Charges:

On or about February 10, 2025, in the District of North Dakota,

AMOS RYKER GALAVIZ

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

PRIOR CONVICTION

In accordance with Title 21, United States Code, Section 841, the Grand Jury finds the following:

That the defendant, AMOS RYKER GALAVIZ, has at least one prior conviction for a "serious drug felony," specifically: Possession of a Controlled Substance With Intent to Deliver – Methamphetamine, a Class B Felony; originally sentenced on or about June 18, 2019, in Williams County (ND) District Court, Case Number 53-2019-cr-00120; and

1. AMOS RYKER GALAVIZ "served a term of imprisonment of more than 12 months" for each conviction;

2. AMOS RYKER GALAVIZ was last released from service of "any term of imprisonment" for each conviction within fifteen years of the commencement of the instant offense conduct; and

3. The instant offense in Counts Two, Three, and Four of this Indictment commenced in or about February 2025.

FORFEITURE NOTICE

Upon conviction of Count One alleged in this Indictment,

AMOS RYKER GALAVIZ

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense, including, but not limited to, the following:

- One Taurus, Model G2c, 9mm caliber pistol, Serial Number ADH575823; and

- 9mm caliber ammunition.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

DDH:rb